3999.mgp

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARRY P. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2020 CV 04400 |
| | ) |
| WEL COMPANIES INC. and | ) |
| DONALD R. KERNAN, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF REMOVAL</u>**

Defendant DONALD KERNAN ("Kernan"), by his attorneys HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC, pursuant to 28 U.S.C. §§1332, 1441 and 1446, hereby submits his Notice of Removal, and in support thereof, states as follows:

1. On February 19, 2020, plaintiff Harry P. Johnson ("Johnson") commenced this action by filing his complaint in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. In sum, Johnson seeks to recover damages based upon his allegations of bodily injuries arising from a motor vehicle accident negligently caused by defendants on June 2, 2018 in Will County, Illinois. See Ex. 1 hereto.

2. On February 24, 2020, a process server in Wisconsin served a summons and copy of the complaint on defendant WEL Companies, Inc. ("WEL Companies"). See Exs. 1-2 hereto. On March 25, 2020, WEL Companies filed its appearance, jury demand, answer to complaint and affirmative defenses with the Clerk of the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (see Exs. 3-7 hereto). Plaintiff filed his responses to the affirmative defenses on April 21, 2020 (see Exs. 8-9 hereto). There have been no other filings in Will County, Illinois.

3.      According to an affidavit of service provided by plaintiff's attorney Joseph Mueller, on May 25, 2020 a process server in Missouri served defendant Kernan with a Second Alias Summons and copy of the complaint.  However, plaintiff's attorney advised that this summons had already expired as of the service date.  See Exs. 10-11.  Defense counsel Mark Poulakidas spoke by telephone with plaintiff's attorney Joseph Mueller on July 27, 2020.  Attorney Mueller advised that, on July 25, 2020, a local process service accomplished abode service on defendant Kernan in Missouri.  Thus, this Notice of Removal is timely.  Defense counsel is not yet in possession of plaintiff's most recent summons or the related affidavit of service regarding defendant Kernan.  Finally, defendant WEL Companies has expressly consented to removal of this action from Will County, Illinois to the United States District Court for the Northern District of Illinois (see Ex. 2 hereto).

4.      Per the complaint, the initial case management conference in Will County, Illinois was set for June 8, 2020.  Due to ongoing Covid-19 restrictions, the parties submitted an agreed order on that date in lieu of personal appearances of all counsel.  Pursuant to this agreed order (Ex. 12 hereto), the case has been continued to August 7, 2020 for status on completion of written discovery and service on defendant Kernan.  Plaintiff Johnson was also granted leave to issue an alias summons as to defendant Kernan.  No other orders have been entered by the Will County, Illinois judge.

5.      At all times relevant, defendant WEL Companies has been a Wisconsin corporation and has maintained its headquarters, principal place of business, and registered agent in the state of Wisconsin.  See Ex. 2 hereto.  Accordingly, WEL Companies is a citizen of Wisconsin for purposes of diversity jurisdiction.

6. From before the alleged occurrence date of June 2, 2018 until approximately March 2019, defendant Kernan resided and was domiciled in Arkansas. Kernan then moved to his home to Missouri, where he resides at present and intends to remain permanently. From approximately March 2019 to the present and going forward, Kernan considers himself to be a citizen and resident of and domiciled in the State of Missouri. See Ex. 13 hereto.

7. Because the complaint does not allege plaintiff Johnson's individual residence or domicile, defendant retained a licensed investigator to search and verify this information. Based upon his searches, the investigator has concluded that plaintiff Johnson has resided at 1830 Albert Lane in Wilmington, Illinois continuously since before June 2, 2018 to the present. See Ex. 14 hereto. Accordingly, defendant submits that Johnson is a citizen and resident of Illinois and is domiciled in Illinois for purposes of diversity jurisdiction.

8. Based on the foregoing, this is an action between citizens of different states and there is complete diversity among the parties.

9. Johnson's complaint (Ex. 1) contains an open prayer for damages "in an amount in excess of $50,000.00," plus costs. Certain injuries and elements of alleged damages are itemized in the complaint such as plaintiff's "severe and permanent bodily injuries and mental injuries," disabilities, and continuing pain "for the remainder of his life." In addition to an award for medical expenses, defendant anticipates that at trial plaintiff will ask jurors to award damages for the individual elements of past and future pain and suffering and loss of a normal life experienced and reasonably certain to be experienced in the future (see I.P.I. 30.04.01, 30.05 and 30.06).

10. Prior to suit, counsel to plaintiff Johnson disclosed itemized claimed medical bills totaling roughly $53,000 (through 5/29/19) to defendants' insurance claim handler. Based upon

the available information on damages, there is a reasonable probability that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

11. Diversity jurisdiction exists. It is requested that this Honorable Court remove the instant action from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois to the United States District Court for the Northern District of Illinois. Copies of this Notice of Removal have been served upon plaintiff's attorney and the Clerk of the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois.

WHEREFORE, defendant DONALD KERNAN respectfully requests that this Honorable Court remove the instant action from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois to the United States District Court for the Northern District of Illinois, and enter such other and further relief as this Court deems just.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC

*/s/Mark G. Poulakidas*

Mark G. Poulakidas (mpoulakidas@hskolaw.com)
HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC
Attorneys for Defendants
200 West Adams Street, Suite 2175
Chicago, Illinois 60606
Tel. 312-332-6644
Fax 312-332-6655