18-0361

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| HARRY P. JOHNSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 20L146 |
| | ) | |
| WEL COMPANIES INC., | ) | |
| And DONALD R. KERNAN | ) | Amount Claimed |
| | ) | in excess of $50,000.00 |
| Defendant. | ) | |

### SUMMONS

TO THE DEFENDANT: ☒ Wel Companies Inc., c/o Registered Agent Bruce W. Tielens
1625 S Broadway, De Pere, WI 54115

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court at the Will County Courthouse, Joliet, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAO/gethelp.asp., or talk with your local circuit clerk's office.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 02/19/2020

*Andrea Lynn Chapteen*
CLERK OF COURT

**EXHIBIT 1**

Plaintiff's Attorney (or plaintiff~ if he is not represented by attorney)
Joseph A. Mueller – 1981374
Cortina Mueller Frobish P.C.
Address 124 W. Washington St
Telephone No. 815-942-0635
Facsimile Telephone No. 815-942-0647
E-mail Address staff@cortinamueller.com

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiffs attorney's facsimile machine is additionally required.)

Date of service  Febuary 24 , 20 20 (to be inserted by officer on copy left with defendant or other person).

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Cour
Electronically Filed
20L146
Filed Date: 2/19/2020 9:43 AM
Envelope: 8531433
Clerk: RME

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| HARRY P. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 20L146 |
| ) | |
| WEL COMPANIES INC., ) | |
| And DONALD R. KERNAN ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT I

Now comes the Plaintiff, HARRY P. JOHNSON, by his attorneys, Cortina, Mueller & Frobish, P.C., complaining of the Defendant, WEL COMPANIES INC., and alleges as follows:

1. On or about June 2, 2018, at or about 10:55 a.m., Plaintiff was the driver of a 2003 Dodge Durango motor vehicle, which he was then and there driving in a southbound direction along, upon and over I-55 at its location approximately 35 feet north of mile post 243 in Channahon Township, County of Will and State of Illinois.

2. At the above stated time and place, the Defendant, WEL COMPANIES INC., by and through their employee, agent or servant, namely DONALD R. KERNAN, possessed a 2017 Peterbilt Truck, which was being driven in a southbound direction along, upon and over I-55 at its location approximately 35 feet north of mile post 243 in Channahon Township, County of Will and State of Illinois.

Initial case management set for 06/08/2020 at: 9:00 a.m.

3. At that time and place as set forth above, Defendant, by and through its employee, agent or servant, negligently drove the truck so that it collided with the motor vehicle which the Plaintiff was driving with great force and violence. The Plaintiff then and there suffered personal injuries as more specifically set forth below.

4. The Defendant was then and there guilty of one or more of the following negligent acts and/or omissions:

(a) Failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane without first ascertaining that such movement could be made with safety in violation of 625 ILCS 5/11-709(a);

(b) Failed to keep proper lookout laterally for traffic traveling in the lane to the left;

(c) Failed to keep the truck under proper control;

(d) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

5. The negligence of the Defendant was the proximate cause of the collision and the personal injuries hereinafter alleged.

6. Plaintiff then and there suffered severe and permanent bodily injuries and mental injuries in and about his neck, right wrist, right arm, nerves, and nervous system; he thereby became, still is, and will continue to be sick, sore and disabled and he will be disabled and suffer continuing pain therefrom for the remainder of his life; that he is compelled to and did expend and become liable for large sums of money for medical, hospital and other expenses incident to the alleviation, care and treatment of his aforesaid injuries, and will hereafter be compelled to

expend and become liable for large sums of money for further and similar expenses for injuries received as aforesaid.

WHEREFORE, Plaintiff, HARRY P. JOHNSON, demands judgment against the Defendant, WEL COMPANIES INC., in an amount in excess of $50,000.00 together with his costs of suit.

## COUNT II

Now comes the Plaintiff, HARRY P. JOHNSON, by his attorneys, Cortina, Mueller & Frobish, P.C., complaining of the Defendant, DONALD R. KERNAN, and alleges as follows:

1. On or about June 2, 2018, at or about 10:55 a.m., Plaintiff was the driver of a 2003 Dodge Durango motor vehicle, which he was then and there driving in a southbound direction along, upon and over I-55 at its location approximately 35 feet north of mile post 243 in Channahon Township, County of Will and State of Illinois.

2. At the above stated time and place, the Defendant, DONALD R. KERNAN, possessed a 2017 Peterbilt Truck, which he was driving in a southbound direction along, upon and over I-55 at its location approximately 35 feet north of mile post 243 in Channahon Township, County of Will and State of Illinois.

3. At that time and place as set forth above, Defendant, negligently drove the truck so that it collided with the motor vehicle which the Plaintiff was driving with great force and violence. The Plaintiff then and there suffered personal injuries as more specifically set forth below.

4. The Defendant was then and there guilty of one or more of the following negligent acts and/or omissions:

(a) Failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane without first ascertaining that such movement could be made with safety in violation of 625 ILCS 5/11-709(a);

(b) Failed to keep proper lookout laterally for traffic traveling in the lane to the left;

(c) Failed to keep the truck under proper control;

(d) Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

5. The negligence of the Defendant was the proximate cause of the collision and the personal injuries hereinafter alleged.

6. Plaintiff then and there suffered severe and permanent bodily injuries and mental injuries in and about his neck, right wrist, right arm, nerves, and nervous system; he thereby became, still is, and will continue to be sick, sore and disabled and he will be disabled and suffer continuing pain therefrom for the remainder of his life; that he is compelled to and did expend and become liable for large sums of money for medical, hospital and other expenses incident to the alleviation, care and treatment of his aforesaid injuries, and will hereafter be compelled to expend and become liable for large sums of money for further and similar expenses for injuries received as aforesaid.

WHEREFORE, Plaintiff, HARRY P. JOHNSON, demands judgment against the Defendant, DONALD R. KERNAN, in an amount in excess of $50,000.00 together with his costs of suit.

HARRY P. JOHNSON, Plaintiff,

BY _____
One of His Attorneys

Attorney's Statement:

I, JOSEPH A. MUELLER, Attorney for the Plaintiff, certify that I read this pleading and that to the best of my knowledge, information and belief formed after reasonable inquiry of my client, and the facts and allegations represented to me by my client, that said pleading is well-grounded in fact and is warranted by the existing law or a good faith argument for the extension, modification or reversal of existing law, and that said pleading is not interposed for any improper purposes such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

_____
JOSEPH A. MUELLER

JOSEPH A. MUELLER
ATTORNEY NO: 1981374
CORTINA, MUELLER & FROBISH, P.C.
124 W. WASHINGTON STREET
MORRIS, ILLINOIS 60450
PHONE: (815) 942-0635
FAX: (815) 942-0647
staff@cortinamueller.com

COPY OF THE WITHIN SERVED
THIS 24 DAY OF Feb 2020
AT 11-11 A.M.
AT 1625 S. Broadway
ON WEL Companies, INC
BY: [signature]